UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK FARLEY,

    Plaintiff,

    v.

FOSTER WHEELER, et al.,

    Defendants.

_____/

No. C 09-2189 PJH

**ORDER**

A conditional transfer order having been filed by the Judicial Panel on Multidistrict Litigation, this case is ordered STAYED pending the final order.

The ruling on plaintiff's motion to remand shall be deferred. The date for the hearing on the motion to remand, previously set for Wednesday, July 8, 2009, is VACATED.

**IT IS SO ORDERED.**

Dated: June 25, 2009

                              _____
                              PHYLLIS J. HAMILTON
                              United States District Judge