UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK FARLEY

    Plaintiff,

    v.

FOSTER WHEELER, et al.,

    Defendants.
_____/

No. C 09-2189 PJH

**ORDER**

    Plaintiff's request for an order vacating the June 25, 2009, order staying the above-entitled action is DENIED.

**IT IS SO ORDERED.**

Dated: June 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge